# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>KIMBLEY JOINER STEWART | CASE NO: 24-10768<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 8/27/2025, I did cause a copy of the following documents, described below,

Hearing Notice and Motion to Supsend

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/27/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>KIMBLEY JOINER STEWART | CASE NO: 24-10768<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 8/27/2025, a copy of the following documents, described below,

Hearing Notice and Motion to Supsend

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/27/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
05371
CASE 24-10768-SDM
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN
TUE AUG 26 17-30-29 CDT 2025

ACIMA CREDIT
9815 SOUTH MONROE STREET
4TH FLOOR
SANDY UT 84070-4384

AFFINITY HOSPITAL LLC DBA GRANDVIEW MEDICAL
CO DAVID L MENDELSON ESQ
MENDELSON LAW FIRM
PO BOX 17235
MEMPHIS TN 38187-0235

AMERICAN ESOTERIC LAB
PO BOX 1442
AUSTIN TX 78767-1442

BMH GOLDEN TRIANGLE
2520 5TH ST N
COLUMBUS MS 39705-2008

(P)COLUMBUS ORTHOPAEDIC OUTPATIENT CENTER
670 LEIGH DRIVE
COLUMBUS MS 39705-3014

CREDIT ACCEPTANCE
ATTN BANKRUPTCY
25505 WEST 12 MILE ROAD
STE 3000
SOUTHFIELD MI 48034-8331

FRANKLIN SERVICE INC
2978 WEST JACKSON STREET
PO BOX 3910
TUPELO MS 38803-3910

GOLDEN TRIANGLE EYE CLINIC
522 ALABAMA ST
COLUMBUS MS 39702-5306

GULFCO OF MISSISSIPPI LLC
PO BOX 320001
FLOWOOD MS 39232-0001

EXCLUDE
TODD S JOHNS
TODD S JOHNS CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON MS 39043-1326

KARNESHIA BROWN
508 N LEHMBERG RD
LOT 104
COLUMBUS MS 39702-4449

NATIONAL SALES   LEASE
2315 HWY 45 N
COLUMBUS MS 39705-1744

RODNEY STEWART
508 N LEHMBERG RD
LOT 104
COLUMBUS MS 39702-4449

EXCLUDE
THOMAS C ROLLINS JR
THE ROLLINS LAW FIRM PLLC
PO BOX 13767
JACKSON MS 39236-3767

DEBTOR
KIMBLEY JOINER STEWART
508 N LEHMBERG RD
LOT 104
COLUMBUS MS 39702-4449

TMX FINANCE OF MISSISSIPPI INC
15 BULL STREET SUITE 200
SAVANNAH GA 31401-2686

TITLE MAX
2203 HWY 45 N
COLUMBUS MS 39705-1776

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

EXCLUDE
U S TRUSTEE
501 EAST COURT STREET SUITE 6430
JACKSON MS 39201-5022

CM/ECF hrg11
(Rev. 07/22/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re: Kimbley Joiner Stewart )  Case No.: 24–10768–SDM
      Debtor(s) )  Chapter: 13
                                       )  Judge: Selene D. Maddox
                                       )
                                       )

PLEASE TAKE NOTICE that a hearing will be held at

Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730

on 10/7/25 at 10:30 AM

Responses Due: 9/22/25

to consider and act upon the following:

*15* – Motion To Suspend Plan Payments Filed by Thomas C. Rollins Jr. on behalf of Kimbley Joiner Stewart. (Rollins, Thomas)

    Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

    A copy of the motion is required to be served pursuant to Rules 9013 and 9014. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at:
http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 8/26/25

                                              Shallanda J. Clay
                                              Clerk, U.S. Bankruptcy Court

                                              BY: AOH
                                              Deputy Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   Kimbley Joiner Stewart, Debtor                    Case No. 24-10768-SDM
                                                           CHAPTER 13

## MOTION TO SUSPEND PLAN PAYMENTS

COMES NOW, Debtor, by and through counsel, and moves this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.
2. Debtor is requesting this Honorable Court to suspend any past due plan payments and two (2) months of plan payments, including any ongoing mortgage payments being paid through the plan, during the months of September and October 2025.
3. Debtor has had surgery and will be out of work. As such, Debtor cannot afford to make the monthly plan payment. Debtor will be returning to work and will be able to resume making payments beginning in November 2025.
4. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

## CERTIFICATE OF SERVICE

    I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Suspend Plan Payments was forwarded on August 26, 2025, to:

By Electronic CM/ECF Notice:

    Chapter 13 Case Trustee

    U.S. Trustee

                                  /s/ Thomas C. Rollins, Jr.
                                  Thomas C. Rollins, Jr.